IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW L. FUSS and JESSICA FUSS<br><br>　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., RAISER, LLC, OUELEKO KODIA, JOHN DOES 1-10 (fictitious designations), and ABC COMPANIES 1-10 (fictitious designations)<br><br>　　　　　　　　　　　Defendants. | Civil Action No.:<br>2:17-cv-07950-CCC-SCM<br><br>**CONSENT ORDER** |

**THIS MATTER** having come before the Court on application of Evan J Lide, Esq., of the law firm of Stark & Stark, P.C., attorneys for Plaintiffs Andrew Fuss and Jessica Fuss, with the Consent of William J. Riina, Esq., of Wilson Elser Moskowitz Edelman & Dicker, LLP., attorneys for Defendants Uber Technologies, LLC and Raiser LLC, and Matthew Corwin, Esq. of Hinshaw & Culbertson, LLP, attorneys for Defendant Oueleko Kodia, and good cause having been shown;

IT IS on this 15th day of December, 2017,

**ORDERED** that pursuant to 28 U.S.C. § 1447, the Clerk of Court is directed to remand the within matter to the Superior Court of New Jersey, Law Division, Middlesex County; and

**IT IS FURTHER ORDERED** that a copy of this Order be served upon all parties within 7 days of the date hereof.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CLAIRE C. CECCHI, U.S.D.J.

The parties consent to the form and entry of this Order.

**Stark & Stark, P.C.**　　　　　　　　　　　**Wilson Elser Moskowitz Edelman & Dicker, LLP**
**Attorneys for Plaintiff**　　　　　　　　　　**Attorneys for Defendants Uber Technologies, LLC**
　　　　　　　　　　　　　　　　　　　　　　**and Raiser LLC**

By: s/Evan J. Lide　　　　　　　　　　　　By: s/William J. Riina

**Hinshaw & Culbertson**
**Attorneys for Defendant Oueleko Kodia**

By: s/Matthew Corwin