**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Clerk's Office – Newark, NJ**

ANDREW FUSS, et al.

                                 Plaintiff,

v.                                            Case No.: 2:17–cv–07950–CCC–SCM

                                                         Judge Claire C. Cecchi

UBER TECHNOLOGIES, INC., et al.

                                 Defendant.

Clerk, Superior Court of New Jersey
Middlesex County Courthouse
*56 Paterson Street
New Brunswick, NJ 08903

State No: MID–L–05193–17

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                                  Very truly yours,

                                                                  William T. Walsh, Clerk
                                                                  By Deputy Clerk, sr

encl.
cc: All Counsel